UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
JOHN HOGAN,                      )
     Plaintiff(s),               )
                                 )
     v.                          )    C.A. No. 04-10158-MLW
                                 )
KEYSPAN HOME ENERGY SERVICES     )
     Defendant(s),               )
```

<u>ORDER</u>

WOLF, D.J.                                              July 26, 2004

The parties in this case were issued a Memorandum and Order [3], asking whether they would consent to reassignment of this case for all purposes to Magistrate Judge Joyce Alexander pursuant to 28 U.S.C. § 636(c)(1) and (3), and informing them that if they did not respond their consent would be inferred. Neither party has responded. Thus, all parties are deemed to have consented. Accordingly, this cases is hereby REASSIGNED to Magistrate Judge Alexander for all purposes, pursuant to 28 U.S.C. § 636(c)(1) and (3).

/s/ Mark L. Wolf
UNITED STATES DISTRICT COURT