UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN J. HOGAN
    Plaintiff

V.

                                              CIVIL NO. 04-10313 JLA

KEYSPAN HOME ENERGY SERVICES
    Defendant

NOTICE OF
STATUS CONFERENCE

ALEXANDER, M.J.

**PLEASE TAKE NOTICE** that the above-entitled action has been re-scheduled for a **Status Conference** at **10:30 a.m.** on **Thursday, November 4, 2004,** before Judge Joyce London Alexander in Courtroom #24, 7th floor, United States Courthouse, One Courthouse Way, Boston, MA 02210.

                                      HONORABLE JOYCE LONDON ALEXANDER
                                      UNITED STATES MAGISTRATE JUDGE

                                      By the Court:

October 27, 2004                /S/ Rex Brown
Date                                Courtroom Clerk
                                    (617) 748-9238

Notice to:    Robert J. Zanello, Esq.
                *Via standard notice*