UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN J. HOGAN
        Plaintiff

V.

                                CIVIL NO. 04-10353 JLA

KEYSPAN HOME ENERGY SERVICES
        Defendant

SCHEDULING ORDER

ALEXANDER, U.S.M. J.

This Order is intended primarily to aid and assist counsel in scheduling and planning the preparation and presentation of cases, thereby insuring the effective, speedy and fair disposition of cases, either by settlement or trial.

The above-entitled action having been filed transferred from Norfolk County Superior Court to this Court on **February 13, 2004**, it is hereby ORDERED pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(F), that:

(1)    On or before **November 5, 2004** the parties are to submit an agreed upon joint statement;

(2)    Dispositive Motions shall be filed on or before **December 9, 2004**, with the response due **December 23, 2004**;

(3)    A **further scheduling/status conference** shall issue after submission of dispositive motions by the parties.

All provisions and deadlines contained in this order having been established with the participation of the parties to this case, any requests for modification must be presented to the district judge or magistrate judge, if referred for case management proceedings. Any requests for extension will be granted only for good cause shown supported by affidavits, other evidentiary materials, or reference to pertinent portions of the record. The request shall be made by motion and shall contain the reasons for the request, a summary of the discovery which remains to be taken, and a date certain when the requesting party will complete the additional discovery, join other parties, amend the pleadings or file motions. The Court may then enter a final scheduling order, if necessary.

Counsel are encouraged to seek an early resolution of this matter.  Additional case management conferences may be scheduled by the court or upon the request of counsel, if the Court can be of assistance in resolving preliminary issues or in settlement.

IT IS HEREBY ORDERED THAT

A **further scheduling/status conference** shall issue after submission of dispositive motions by the parties.

HONORABLE JOYCE LONDON ALEXANDER
UNITED STATES MAGISTRATE JUDGE

By the Court:

/S/ Rex Brown
Courtroom Clerk

11/30/04
Date