UNITED STATES DISTRICT COURT

|  |  |
|---|---|
| JOHN J. HOGAN,<br>      Plaintiff<br><br>vs.<br><br>KEYSPAN HOME ENERGY SERVICES<br>(NEW ENGLAND), INC. a/k/a<br>SERVICEDGE PARTNERS, INC.<br>      Defendant | CIVIL ACTION NO. 04-10313JLA |

### DEFNDANT'S MOTION TO DISMISS
### OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT

The defendant KeySpan Home Energy Services (New England) moves that the complaint in this case be dismissed for failure to state a claim upon which relief can be granted. In the alternative, defendant moves for summary judgment.

In support of its motion, defendant states that plaintiff's claims are preempted by § 301 of the Labor Management Relations Act. Additionally, plaintiff's claims are barred for lack of exhaustion of the grievance and arbitration procedure by the applicable six-month statute of limitations.

Defendant submits with this motion its Memorandum In Support of Defendant's Motion

to Dismiss, Rule 56.1 Statement of Undisputed Facts, and the Affidavit of Kevin Caddell.

                          DEFENDANT KEYSPAN HOME ENERGY
                          SERVICES (NEW ENGLAND), INC. d/b/a
                          SERVICEDGE PARTNERS, INC.

                          By its Attorney,

DATED: December 9, 2004          Thomas R. Teehan (BBO #494000)
                          KeySpan Energy Delivery
                          52 Second Avenue
                          Waltham, MA 02451
                          781-466-5137

## CERTIFICATE OF SERVICE

    I, Thomas R. Teehan, hereby certify that a true copy of the above document, Defendant's Motion to Dismiss or in the Alternative Summary Judgment, was served upon Robert J. Zanello, Esq., 400 Granite Avenue, Milton, MA 02186 by hand on December 9, 2004.

                          Thomas R. Teehan