UNITED STATES DISTRICT COURT

| | |
|---|---|
| JOHN J. HOGAN,<br>      Plaintiff<br><br>vs.<br><br>KEYSPAN HOME ENERGY SERVICES<br>(NEW ENGLAND), INC. a/k/a<br>SERVICEDGE PARTNERS, INC.<br>      Defendant | CIVIL ACTION NO. 04-10313JLA |

### KEYSPAN HOME ENERGY SERVICES (NEW ENGLAND), LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, the defendant KeySpan Home Energy Services (New England), LLC states that more than 10% of its stock is owned by KeySpan Corporation, which is a publicly held corporation.

Defendant,
KeySpan Home Energy Services (New England), LLC
By its attorney,

_Thomas R. Teehan_
Thomas R. Teehan

### CERTIFICATE OF SERVICE

I, Thomas R. Teehan, hereby certify that a true copy of the above document, KeySpan Home Energy Servies (New England), LLC's Corporate Disclosure Statement, was served upon Robert J. Zanello, Esq., 400 Granite Avenue, Milton, MA 02186 by hand on December 9, 2004.

_Thomas R. Teehan_
Thomas R. Teehan