DATE: 12-14-04
BY: Crus

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN J. HOGAN,<br><br>    Plaintiff,<br><br>vs.<br><br>KEYSPAN HOME ENERGY SERVICES<br>(NEW ENGLAND), INC. a/k/a<br>SERVICEDGE PARTNERS, INC.,<br><br>    Defendants. | CIVIL ACTION NO. 04-10313JLA |

**SUPPLEMENT TO DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT**

**REQUEST FOR ORAL ARGUMENT**

Defendant KeySpan Home Energy Services (New England) hereby requests oral argument on its motion to dismiss or in the alternative for summary judgment.

**Rule 7.1 Certification**

Defense Counsel hereby certifies that counsel have conferred and have attempted to resolve or narrow the issue.

                                                                   Thomas R. Teehan (BBO # 494000)
                                                                   KeySpan Home Energy Services
                                                                   52 Second Avenue
                                                                   Waltham, MA

Dated: December 9, 2004
        Boston, Massachusetts

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other by mail/hand on December 9, 2004.

LIBA/1438608.1