UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN J. HOGAN
      Plaintiff
V.                                                  CIVIL NO. 04-10313 MLW

KEYSPAN HOME ENERGY SERVICES
      Defendants

## SETTLEMENT ORDER OF DISMISSAL

ALEXANDER, U.S.M.J.

The Court having been advised on <u>Wednesday, February 23, 2005,</u> that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

                                                                     By the Court,

2/28/05                                           /S/ Rex Brown
    Date                                         Deputy Clerk