# ROBERT J. ZANELLO
### ATTORNEY AT LAW

TELEPHONE  (617) 696-5031  
FAX        (617) 696-5032

400 GRANITE AVENUE  
MILTON, MA 02186

February 23, 2005

Clerk of Courts, Civil  
U.S. District Court, District of Massachusetts  
John Joseph Moakley U. S. Courthouse  
1 Courthouse Way  
Boston, MA 02110

Re: John J. Hogan                    Via Fax ( 617) -748 - 4584

    v.

    Key Span Home Energy Services

    Civil Action No. 04-10313 JLA

Dear Mr. Brown:

    Please accept this fax as notice of settlement and take this matter off tomorrow's list

    Thank you.

Very truly yours,

Robert J. Zanello  
Counsel for John Hogan

RJZ/hs  
cc. TT  
    JH

Pages (2)