UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



JOHN J. HOGAN,

Plaintiff,

v.                                                     CIVIL ACTION NO. 04-10313JLA

KEYSPAN HOME ENERGY SERVICES
(NEW ENGLAND), INC. A/K/A
SERVICEDGE PARTNERS, INC.

Defendants.

## STIPULATION OF DISMISSAL

The parties, pursuant to Rule 41, hereby stipulate that the plaintiff's complaint in this matter be dismissed with prejudice and without costs.

JOHN J. HOGAN                                          KEYSPAN HOME ENERGY SERVICES (NEW
                                                       ENGLAND), INC.

By his attorney,                                       By its attorney,

_____                              _____
Robert J. Zanello (BBO#539060)                         Thomas R. Teehan (BBO #494000)
400 Granite Ave.                                       KeySpan Energy Delivery
Milton, MA 02186                                       52 Second Avenue, 4th Floor
(617) 696-5031                                         Waltham, MA 02451
                                                       (781) 466-5137

DATED: ~~February~~    , 2005

## CERTIFICATE OF SERVICE

I, Thomas R. Teehan, do hereby certify that on ~~February~~    , 2005, I caused to be served a copy of the within Stipulation of Dismissal by mailing, first-class, postage prepaid, to Robert J. Zanello, Esq., 400 Granite Ave., Milton, MA 02186, attorney for Plaintiff.

_____
Thomas R. Teehan